**Larry D. BRASHIER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73708.**

Missouri Court of Appeals,
Western District.

March 20, 2012.

Rehearing Denied May 1, 2012.

Mary R. O'Neill, Columbia, MO, for appellant.

Shaun J. Mackelprang and Mary H. Moore, Jefferson City, MO, for respondent.

Before Division Two: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

## ORDER

PER CURIAM:

Larry Brashier appeals from the motion court's denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.